# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARIK YAMADIN, | ) |
| Petitioner, | ) |
| v. | ) Civ. A. No. 1:17-66 |
| | ) Judge Nora Barry Fischer |
| RAFAEL ZUNIGA, Warden, FCI McKean, | ) |
| Respondent, | ) |

## ORDER OF COURT

AND NOW, this 24th day of October, 2017, after petitioner Tarik Yamadin filed a petition for writ of habeas corpus in the above-captioned matter, (Docket No. [1]), the Government filed a Response, (Docket No. [7]), and after a Report and Recommendation was filed by United States Magistrate Judge Susan Paradise Baxter on September 28, 2017, (Docket No. [11]), giving the parties until October 16, 2017 to file written objections thereto, and petitioner having filed no objections, and upon independent review of the record,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [11] is ADOPTED as the opinion of this Court;

IT IS FURTHER ORDERED that the petition for writ of habeas corpus [1] is DENIED;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED; and,

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*s/Nora Barry Fischer*
Nora Barry Fischer, U.S. District Judge

cc/ecf: Honorable Susan Paradise Baxter
United States Magistrate Judge

All counsel of record

cc: Tarik Yamadin
USM #68685-066
MCKEAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 8000
BRADFORD, PA 16701